UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GABRIEL R. AGUILAR, | ) | CASE NO. CV 07-2910-SVW (AJW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| D. ADAMS, WARDEN, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: April 13, 2011

_____
Stephen V. Wilson
United States District Judge